writ of certiorari herein is denied. *Mr. Adolphus E. Graupner* for plaintiff in error. *Mr. Carl I. Wheat* for defendants in error.

No. 942. IDA CONLEY *v.* N. J. WOLLARD, ADMINISTRATOR OF THE ESTATE OF ETHAN L. ZANE, DECEASED. See *ante,* p. 674.

No. 912. THOMAS P. DUFFY *v.* COLONIAL TRUST COMPANY. April 11, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Benjamin B. Pettus* for petitioner. *Mr. Thomas Patterson* for respondent.

No. 913. FRED HOOD *v.* UNITED STATES. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Warren K. Snyder* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 917. EL RENO WHOLESALE GROCERY COMPANY *v.* CALIFORNIA PRUNE AND APRICOT GROWERS, INC. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. F. Wilson* for petitioner. *Mr. Aaron Sapiro* for respondent.

No. 918. ALICE McCLELLAND *v.* HIGHWAY CONSTRUCTION COMPANY AND GEORGE STEWART. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Alice McClelland, pro se.* No appearance for respondent.